## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 11-10199 DSF (AGRx) | Date | 12/16/11 |
|---|---|---|---|
| Title | JP Morgan Chase Bank, National Association v. Mario Alberto Contreras | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

　　This matter was removed from state court on December 9, 2011, based on federal question jurisdiction and diversity jurisdiction.  The complaint was filed July 15, 2011.  It is a state law unlawful detainer complaint that does not state a federal cause of action.  While the notice of removal claims jurisdiction under 28 U.S.C. § 1441 and 1446 (see Notice of Removal ¶¶ 6,10), federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).  There is also no diversity jurisdiction because the damages in the complaint are limited to the rental value of the property and the face of the complaint disclaims damages in excess of $10,000.

　　The case is REMANDED to the Superior Court of California, County of Los Angeles.

　　IT IS SO ORDERED.